UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81369-CIV-DAMIAN

**HOWARD COHAN**,

    Plaintiff,

v.

**PB WEST BOCA LLC**, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 14] (the "Stipulation"), filed January 27, 2025. Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action before the opposing party serves either an answer or a motion for summary judgment. Here, no answer nor motion for summary judgment was filed. Accordingly, based on Plaintiff's statement in the Stipulation that "Plaintiff voluntarily dismisses this action with prejudice," it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **CLOSE** the case, and any pending Motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 27th day of January, 2025.

                                                                                                                                MELISSA DAMIAN
                                                                                                                                UNITED STATES DISTRICT JUDGE